519 A.2d 950

UNION REAL ESTATE COMPANY OF PITTSBURGH, Agency FOR ABLE LAND COMPANY, Rose-Lee Land Company, Trinity Development Company, A.J. Berman, Inc., Penn-Shady Hotel, Inc., Arrington Corporation, Crescent Realty and Investment Company, Louise Levinson, Cynthia Friedman and George P. Slesinger, Executors Under the Last Will and Testament of Bess B. Aberman, Deceased, Abraham Feder, Surviving Executor and Trustee of the Will of Z.I. Levkov, Deceased, Cynthia A. Friedman and Milton I. Friedman, Trustees of the Cynthia A. and Milton I. Friedman Term Trust, Louise Levinson, Cynthia Friedman, Sam Verman, and I.E. Danovitz, Successor Trustee, Petitioners,

v.

JO VI JO, INC. and the Great Atlantic and Pacific Tea Company, Inc., Respondents.

Supreme Court of Pennsylvania.

Jan. 31, 1986.

## ORDER

PER CURIAM.

AND NOW, this 28th day of January, 1986, the petition for allowance of appeal is granted and the order of Superior Court is reversed and the order of the Court of Common Pleas of Allegheny County is reinstated.

ZAPPALA, J., did not participate in the consideration or decision of this case.

McDERMOTT, J., dissents from the summary disposition of this matter.